### STEPHEN A. WISE *v.* WILLIAM CRUZ
### (9365)

SPALLONE, NORCOTT and FOTI, Js.

Argued February 14—decision released March 5, 1991

*Stephen A. Wise,* pro se, the appellant (plaintiff).

*William Cruz,* pro se, the appellee (defendant), filed a brief.

PER CURIAM. The judgment is affirmed.

### MARY JANE GRIER *v.* EDWARD G. GRIER
### (9220)

O'CONNELL, LANDAU and HEIMAN, Js.

Argued February 7—decision released March 5, 1991

*Ellen B. Lubell,* for the appellant (plaintiff).

*Arnold Rutkin,* with whom, on the brief, was *Kathleen A. Hogan,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.